UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Progressive Express Insurance Company;<br><br>        Plaintiff;<br><br>  v.<br><br>Paradise Logistics & Trucking; Ravuama Kurusiga; Ronald Lopez; Anna Lopez; and SFS Inc.;<br><br>        Defendants. | Case No. 5:20-cv-00516-DDP-SP<br><br>**Default Judgment Against Ravuama Kurusiga** |

    The Court has considered plaintiff Progressive Express Insurance Company's application for default judgment against defendant Ravuama Kurusiga. Finding that the allegations in the complaint are well pleaded, that such defendant has not appeared in the action, and that the clerk previously entered such defendant's default on June 19, 2020 (Dkt. 24), the Court hereby adjudges, declares, and decrees the following with respect to plaintiff's causes of action in the complaint against defendant Ravuama Kurusiga only:

    1.    Plaintiff has no obligation under Progressive Express Insurance Company policy no. 00937020-0 to indemnify Ravuama Kurusiga, SFS Inc.,

or Paradise Logistics & Trucking against the claims made by Ronald Lopez and Anna Lopez in San Bernardino Superior Court case no. CIVDS1928907 or otherwise arising from the August 17, 2019 collision alleged in the complaint; and

 2. Plaintiff has no obligation under Progressive Express Insurance Company policy no. 00937020-0 to defend Ravuama Kurusiga, SFS Inc., or Paradise Logistics & Trucking against the claims made by Ronald Lopez and Anna Lopez in San Bernardino Superior Court case no. CIVDS1928907 or otherwise arising from the August 17, 2019 collision alleged in the complaint.

 __11/24/2020__     _____
   Date            United States District
                  Court Judge